
**FILED**

NOV 0 5 2012

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| ROBERTA M. ACORD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>　　　　　　　Defendant. | No. CV-12-26-GF-SEH<br><br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on October 17, 2012. Plaintiff filed objections on October 30, 2012.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 20.

[2] Document No. 21.

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is DENIED.

2. Defendant's Motion for Summary Judgment[4] is GRANTED.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 5th day of November, 2012.

Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Document No. 13.

[4] Document No. 16.